IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

DAVID LEE LITTLE, #214158,           )
                                     )
                Plaintiff,           )
                                     )
vs.                                  )      CIVIL ACTION NO. 2:12cv165-WHA
                                     )
KIM THOMAS, et al.,                  )                  (WO)
                                     )
                Defendants.          )

**<u>ORDER</u>**

No objection having been filed to the Recommendation of the Magistrate Judge (Doc. #7), entered on April 18, 2012, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

1.  Plaintiff's Motion to Dismiss (Doc. #6) is GRANTED.

2.  This case is DISMISSED without prejudice; and

3.  No costs or fees are taxed in this case.

DONE this 22nd day of May, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE