IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID LEE LITTLE, #214158, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:12cv165-WHA |
| ) | |
| KIM THOMAS, et al., ) | (WO) |
| ) | |
| Defendants. ) | |

## **ORDER**

No objection having been filed to the Recommendation of the Magistrate Judge (Doc. #7), entered on April 18, 2012, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

1. Plaintiff's Motion to Dismiss (Doc. #6) is GRANTED.

2. This case is DISMISSED without prejudice; and

3. No costs or fees are taxed in this case.

DONE this 22nd day of May, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE